# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| A.D. SIMS, LLC, on behalf of a class of similarly situated businesses and individuals,<br><br>Plaintiff(s),<br><br>v.<br><br>WINTRUST FINANCIAL CORPORATION; WINTRUST BANK, N.A.; BANK OF AMERICA CO.; BANK OF AMERICA N.A.; RETAIL CAPITAL LLC DBA CREDIBLY; MODERN BANK MANAGEMENT, LLC; MODERN BANK N.A.; CRB GROUP INC.; CROSS RIVER BANK; BLUEVINE CAPITAL INC.; and DOE LENDERS 1 to 4,975, inclusive,<br><br>Defendants. | Case No. 1:20-cv-02644<br><br>Hon. Edmond E. Chang |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff AD Sims, LLC and Defendants Wintrust Bank, N.A.; Bank of America Corporation; Bank of America, N.A.; Modern Bank N.A.; and Cross River Bank (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims against all Defendants in this civil action. Each party shall bear its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 21, 2021

Respectfully submitted,

**ZUMPANO PATRICIOS & POPOK, PLLC**

*/s/ Michael S. Popok*
Michael S. Popok, Esq. (*Pro Hac Vice*)
417 Fifth Avenue
New York, New York

Telephone: (212) 381-9999
Facsimile: (646) 665-4685
Email: mpopok@zplaw.com

**ZUMPANO PATRICIOS & BRESNAHAN, LLC**
Art Bresnahan, Esq.
Illinois Bar No. 6224557
829 N. Milwaukee Avenue
Chicago, IL 60642
Telephone: (312) 924-3609
Facsimile: (312) 268-7179

**GERAGOS & GERAGOS, PC**
Mark Geragos, Esq. (*Pro Hac Vice*)
Ben Meiselas, Esq. (*Pro Hac Vice*)
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

**DHILLON LAW GROUP INC.**
Harmeet K. Dhillon, Esq. (*Pro Hac Vice*)
177 Post St., Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

**GRAYLAW GROUP, INC.**
Michael E. Adler, Esq. (*Pro Hac Vice*)
26500 Agoura Road, #102-127
Calabasas, CA 91302
Telephone: (818) 532-2833
Facsimile: (818) 532-2834

*Attorneys for Plaintiff and the Proposed Class*

**GRANT LAW, LLC**

*/s/ Maurice Grant*
Maurice Grant
Senija Grebovic
230 West Monroe Street, Suite 240
Chicago, IL 60606
Telephone: (312) 551-0111
mgrant@grantlawllc.com
sgrebovic@grantlawllc.com

2

**WILLIAMS & CONNOLLY LLP**
Enu A. Mainigi (admitted pro hac vice)
Kenneth C. Smurzynski (admitted pro hac vice)
Craig D. Singer (admitted pro hac vice)
Jesse T. Smallwood (admitted pro hac vice)
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
emainigi@wc.com
ksmurzynski@wc.com
csinger@wc.com
jsmallwood@wc.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*


*/s/ Thomas V. Panoff*
**MAYER BROWN LLP**
Lucia Nale
Thomas V. Panoff
Christopher S. Comstock
Samuel P. Myler
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
lnale@mayerbrown.com
tpanoff@mayerbrown.com
ccomstock@mayerbrown.com
smyler@mayerbrown.com

*Attorneys for Defendant Wintrust Bank, N.A.*


*/s/ Richard E. Gottlieb*
**MANATT, PHELPS & PHILLIPS, LLP**
Richard E. Gottlieb
Brett J. Natarelli
A. Paul Heeringa
151 North Franklin Street, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 529-6300

*Attorneys for Defendants Cross River Bank (mistakenly sued as Cross River Bank, Inc.) and Modern Bank, N.A.*

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 21st day of January, 2021, the Joint Stipulation of Dismissal with Prejudice was filed with the Court via CM/ECF, which will serve a copy on all counsel of record.

                                          */s/ Maurice Grant*
                                            Maurice Grant